# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

August 22, 2025

VIA ECF & EMAIL

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re:    *TufAmerica, Inc. v. Black Butter Records*, 1:25-cv-03785-JPC

Dear Judge Cronan:

I represent Plaintiff TufAmerica, Inc. in the above-referenced matter.  In accordance with Section 6.A. of Your Honor's Individual Rules and Practices in Civil Cases, I am submitting this pre-motion letter with respect to Plaintiff's anticipated motion to permit service by substituted service upon Defendants Maple Gaines ("Gaines") and LVRN Publishing LLC ("LVRN").  In our letter to the Court of July 31, 2025, we advised the Court of our service efforts upon all of the Defendants.  Set forth below is an updated summary of our efforts with respect to LVRN and Ms. Gaines:

**Gaines:** Attempts were made to serve Ms. Gaines on July 19, 24 and 25, 2025, at 2826 Castiglione St., New Orleans, LA 70119 (which was identified through a skip trace after the original address led to an abandoned property).  According to the process server, on July 24, 2025 "Ms. Gaines identified herself through the window blinds, but refused to answer the door and began screaming obscenities at the server."  *See* ECF 22.  **UPDATE:** We engaged the process server to make three additional attempts to serve Ms. Gaines at the same address, on August 1, 2 and 4, 2025.  On each of those three occasions, the process server reported that there were vehicles present but nobody answered the door.  On at least one occasion there was a light on inside the home.

**LVRN:** Service was attempted on LVRN at the address it lists with the Georgia Secretary of State – 229 Bradberry St. SW, Atlanta, GA 30313 – on July 14, 22 and 25, 2025.  The process server reported that the building was locked with no external signage indicating that the company was located there. **UPDATE:** We engaged the process server to perform a skip trace upon Mr. Babatunde Balogun, who publicly holds himself out as the President of LVRN, and the process server concluded that his last known address was 575 East Ave. NE, Atlanta, GA 30312-1345.  We then directed the process server to attempt service upon LVRN via Mr. Balogun at the new address.  The process server made attempts on August 4, 7 and 9, 2025, reporting that there was no answer and (on the third occasion) no lights on inside.

**Honorable John P. Cronan**                                                          **August 22, 2025**

Plaintiff is of the view that it has made diligent efforts to serve both Ms. Gaines and LVRN, with Ms. Gaines actively avoiding service in her home in Louisiana, and LVRN either failing to maintain an active address with the Georgia Secretary of State, or actively avoiding service, or both.

Plaintiff seeks to serve each of these Defendants by FedEx to their last-known physical addresses, and by email to all identifiable email addresses and social media accounts, and/or by any other means the Court believes are best-suited to fulfill the aims of the Federal Rules of Civil Procedure.

                                                                                                Respectfully submitted,

                                                                                                Hillel I. Parness