UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                :

TUFAMERICA, INC. d/b/a TUFF CITY RECORDS,   :

                        Plaintiff,                   :

                    -v-                               :            25 Civ. 3785 (JPC)

BLACK BUTTER RECORDS, *et al.*,               :                <u>ORDER</u>

                    Defendants.               :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On September 22, 2025, Defendant LVRN Publishing LLC waived service of process under Federal Rule of Civil Procedure 4(d)(3). Dkt. 40. Because Plaintiff sent the request to waive service on August 20, 2025, LVRN Publishing's deadline to respond to the Complaint was October 20, 2025. *See* Fed. R. Civ. P. 4(d)(3) ("A defendant who, before being served with process, timely returns a waiver need not serve an answer to the complaint until 60 days after the request was sent—or until 90 days after it was sent to the defendant outside any judicial district of the United States."). October 20 has passed, and the docket does not reflect a response to the Complaint. Accordingly, the Court extends *sua sponte* LVRN Publishing's deadline to respond to the Complaint until November 14, 2025. If LVRN Publishing again fails to respond to the Complaint by its deadline, Plaintiff shall seek a Certificate of Default by November 21, 2025.

       Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which LVRN Publishing was mailed the request for waiver of service, and to file proof of such mailing on the docket within two days of so doing.

       SO ORDERED.

Dated: October 27, 2025
       New York, New York

                                                                   JOHN P. CRONAN
                                                                  United States District Judge