UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                        :

TUFAMERICA, INC. d/b/a TUFF CITY RECORDS,   :

               Plaintiff,       :

           -v-             :        25 Civ. 3785 (JPC)

                        :

BLACK BUTTER RECORDS, *et al.*,       :        ORDER

             Defendants.     :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     Counsel for all parties are ordered to appear before the undersigned for a conference on January 14, 2026, at 11:00 a.m.  Unless the Court orders otherwise, the Court will conduct the conference by teleconference on Webex.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

     No later than five days prior to the conference, the parties shall submit a joint letter, not to exceed five (5) pages, addressing the following in separate paragraphs:

(1)    A brief statement of the nature of the action and the principal defenses thereto;

(2)    A brief explanation of why jurisdiction and venue lie in this Court;

(3)    A brief description of all outstanding motions and/or all outstanding requests to file motions;

(4)    A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5)    The estimated length of trial; and

(6)    Any other information that the parties believe may assist this Court in resolving the action.

By that date, the parties shall also submit to the Court a proposed case management plan and

scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.  To the extent that any party wishes to move to stay discovery, they must make such a request at the conference.

In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances.  The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

SO ORDERED.

Dated: January 7, 2026
     New York, New York

               JOHN P. CRONAN
           United States District Judge

2