# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

January 8, 2026

VIA ECF

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> Re:     *TufAmerica, Inc. v. Black Butter Records*, 1:25-cv-03785-JPC

Dear Judge Cronan:

I represent Plaintiff TufAmerica, Inc. in the above-referenced matter.  On January 7, 2026, Your Honor issued an Order scheduling a telephonic conference for January 14, 2026, at 11:00 a.m., and also directed the parties to submit a Joint Letter and Proposed Case Management Plan by the date five days before the conference (January 9, 2026). ECF 60.

In accordance with Section 3.B. of Your Honor's Individual Rules and Practices in Civil Cases, I am writing to respectfully request adjournment of the conference from January 14, 2026 to January 20 or 21, 2026.  The reason for the requested adjournment is to allow additional time to prepare the Joint Letter and Proposed Case Management Plan, as my current personal and professional schedule make the January 9 deadline very challenging.  This is the first request for adjournment of this conference.

I have consulted with counsel for all of the Defendants and with *pro se* Defendant Maple Gaines.  They do not oppose this request, and they confirm that they are available on January 20 or 21, 2026.  Their cooperation and courtesy is very much appreciated by the undersigned and my client.

Respectfully submitted,

Hillel I. Parness

Counsel of Record (via ECF)

The request is granted.  The conference is adjourned until January 28, 2026, at 3:00 p.m.  The Clerk of Court is respectfully directed to close Docket Numbers 61 and 62.

SO ORDERED
January 9, 2026

JOHN P. CRONAN
United States District Judge