

# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806            pryorcashman.com

January 9, 2026

**VIA ECF**

Honorable John P. Cronan
United States District Judge, Southern District of New York
500 Pearl Street, Room 1320, New York, NY 10007

Re:     *TufAmerica, Inc. v. Black Butter Records, et al.*, **1:25-cv-03785-JPC**
          Letter Requesting Adjournment of January 28, 2026 Conference

Dear Judge Cronan:

We represent Sony Music Entertainment UK Ltd. ("SME UK"), Sony BB Limited ("Sony BB", incorrectly sued as "Black Butter Records") (Sony BB and SME UK, collectively, "Sony"), Abubakar Baker Shariff-Farr ("Bakar") and LVRN Publishing LLC ("LVRN"). I write with respect to Your Honor's Order of today's date (ECF No. 63), rescheduling the conference previously scheduled for January 14, 2026 to January 28, 2026.

The date change was requested by counsel for the Plaintiff and neither we nor counsel for any of the other defendants (nor Maple Gaines, representing herself *pro se*) objected to the date being changed. The parties had all proposed January 20 or 21, 2026 and those dates were proposed in Mr. Parness's letter to Your Honor. But we had also advised Mr. Parness and other counsel that both my partner, Ilene Farkas and I (who would be primary trial counsel should this case proceed against our clients), will be flying to Los Angeles on January 28 (and away through February 1) and are thus unavailable to attend the conference on those dates.

I apologize for troubling Your Honor with this scheduling conflict but I have checked with all other counsel (and with Ms. Gaines) and can advise that, in addition to the January 20 and 21 dates proposed in Mr. Parness's letter to Your Honor, the parties are also available on the afternoon of February 4 and at any time on February 5, 6 and 9. If none of those dates are convenient for Your Honor, I am happy to go back to counsel and Ms. Gaines to obtain additional dates.

The request is granted. The conference is adjourned until February 6, 2026, at 4:00 p.m. The Clerk of Court is respectfully directed to close Dkt. 64.

Respectfully submitted,

Donald S. Zakarin

SO ORDERED
January 19, 2026

JOHN P. CRONAN
United States District Judge