UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

TUFAMERICA, INC. d/b/a TUFF CITY
RECORDS,

                  Plaintiff,

    - against-

BLACK BUTTER RECORDS, SONY MUSIC
ENTERTAINMENT UK LTD., LVRN
PUBLISHING LLC, ABUBAKAR BAKER
SHARIFF-FARR, P/K/A BAKAR, RESNIK
MUSIC GROUP, ROBERT RESNIK and
MAPLE GAINES,

                  Defendants,

------------------------------------------------------------- X

**Index No. 25-cv-3785**

**NOTICE OF PARTIAL
VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs TufAmerica, Inc. d/b/a Tuff City Records hereby gives notice that the above-captioned action is partially voluntarily dismissed, without prejudice, and solely against the following Defendants: Sony BB Limited (sued as Black Butter Records), Sony Music Entertainment UK Ltd., LVRN Publishing LLC, and Abubakar Baker Shariff-Farr, p/k/a Bakar, none of whom have answered or moved for summary judgment.

Dated: New York, New York
        March 25, 2026

Plaintiff's claims against the Licensee Defendants are dismissed without prejudice. The Clerk of Court is respectfully directed to terminate Defendants Sony BB Limited (sued as Black Butter Records), Sony Music Entertainment UK Ltd., LVRN Publishing LLC, and Abubaker Baker Shariff-Farr as Defendants in this case.

PARNESS LAW FIRM, PLLC

By:    /s/ Hillel I. Parness
Hillel I. Parness
136 Madison Ave., 6th Floor
New York, New York  10016
(212) 447-5299
hip@hiplaw.com
*Attorneys for Plaintiff TufAmerica, Inc. d/b/a
Tuff City Records*

SO ORDERED
March 26, 2026

JOHN P. CRONAN
United States District Judge