UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                             :

TUFAMERICA, INC. d/b/a TUFF CITY RECORDS,    :

                Plaintiff,            :

        -v-                 :         25 Civ. 3785 (JPC)

RESNIK MUSIC GROUP, *et al.*,        :         ORDER

                Defendants.     :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      All parties are ordered to appear before the undersigned for a Webex conference on May 29, 2026, at 9:30 a.m., to discuss Plaintiff's proposed Amended Complaint Dkt. 87, and the Resnik Defendants' letter seeking "permission to move to dismiss the Amended Complaint," Dkt. 88. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307. By May 25, 2026, the Resnik Defendants should submit a letter, not exceeding three pages, explaining the bases for the motion they seek permission to file.

      SO ORDERED.

Dated: May 18, 2026
      New York, New York                     _____
                                       JOHN P. CRONAN
                                United States District Judge