# PARNESS LAW FIRM, PLLC

May 25, 2026

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

VIA ECF

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:    *TufAmerica, Inc. v. Black Butter Records*, 1:25-cv-03785-JPC

Dear Judge Cronan:

I represent Plaintiff TufAmerica, Inc. in the above-referenced matter.  On May 18, 2026, Your Honor issued an Order scheduling a WebEx conference for May 29, 2026, at 9:30 a.m., and directed the Resnik Defendants to submit a letter explaining their bases for seeking permission to move to dismiss the Amended Complaint by May 25, 2026.  ECF 89.

In accordance with Section 3.B. of Your Honor's Individual Rules and Practices in Civil Cases, I am writing to respectfully request adjournment of the WebEx conference from May 29, 2026 to the afternoon of June 4, 2026 or June 5, 2026, and to adjourn the date for the Resnik Defendants to submit their letter until June 1, 2026.  The reason for the requested adjournment is that the undersigned will be taking and defending depositions in another matter every day from May 26 through June 3, 2026.  This is the first request for adjournment of either of these dates.

Counsel for the Resnik Defendants advises that they do not oppose this request (indeed the adjournment of the May 25, 2026 deadline is to the benefit of the Resnik Defendants).  Their cooperation and courtesy is very much appreciated by the undersigned and by my client.

Respectfully submitted,

Hillel I. Parness

cc: Counsel of Record (via ECF)

The WebEx conference scheduled for May 29, 2026 is adjourned until June 4, 2026, at 4:45 p.m.  At the scheduled time, all parties should call (855) 244-8681, access code 2302 755 2307.  The Resnik Defendants' deadline to submit their letter is extended until June 1, 2026.  The Clerk of Court is respectfully directed to close Dkt. 91.

SO ORDERED
May 26, 2026

JOHN P. CRONAN
United States District Judge